IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| RANDY DUPREE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARSHA MCLANE, *Director of TCCO*, | ) |
| and TIFFANY MABANK, *Case MGN* | ) |
| *Supervisor*, | ) |
| | ) |
| Defendants. | )   Civil Action No. 5:16-CV-231-C |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered civil action is **DISMISSED** as specified in the Court's Order.

Dated this 7th day of September, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE